IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMY KENNEDY**                                                                                     **PLAINTIFF**
**ADC #093061**

v.                                    Case No: 4:23-CV-00596-LPR

**DEXTER PAYNE,**
*Director, Arkansas Division of Correction*                                           **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is hereby DISMISSED with prejudice. The relief sought is denied.  A certificate of appealability will not issue.

IT IS SO ADJUDGED this 10th day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE